# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  DYK, TIMOTHY B. | 2. Court or Organization  FEDERAL CIRCUIT | 3. Date of Report  05/23/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address  717 MADISON PLACE, N.W.  WASHINGTON, D.C. 20439 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | JUDICIAL COUNSELOR | GILES RICH INN OF COURT |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | UNIVERSITY OF NEBRASKA - BOARD OF REGENTS (ROYALTY) | $327.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | NYU LAW SCHOOL - SALARY |
| 2. 2017 | WASHINGTON UNIVERSITY - HONORARIA - $4,250 |
| 3. 2017 | PODESTA GROUP INC. - CONSULTANT |
| 4. 2017 | TVA, INC. - CONSULTANT |
| 5. 2017 | GEORGE MASON UNIVERSITY - HONORARIA - $2,000 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | WILLIAM C. CONNOR INN OF COURT | 1/18/2017 - 1/19/2017 | NEW YORK, NY | WILLIAM C. CONNOR INN OF COURT ANNUAL RECEPTION AND DINNER | TRANSPORTATION, LODGING, MEALS |
| 2. | THE AMERICAN LAW INSTITUTE | 12/6/2017 - 12/7/2017 | PHILADELPHIA, PA | ALI ADVISORS MEETING | TRANSPORTATION, LODGING & MEALS |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/23/2019 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LOT - TRURO, MA (PARCEL 1) ($235,100) | | None | M | S | | | | | |
| 2. CARLYLE FUND | A | Dividend | N | T | | | | | |
| 3. MORGAN STANLEY PRIVATE BANK ACCOUNT | A | Int./Div. | K | T | | | | | |
| 4. KEY CORP (FKA FIRST NIAGRA FINANCIAL) (COMMON STOCK) | A | Dividend | | | Sold | 02/27/17 | J | B | |
| 5. JAPAN EQUITY FUND | A | Dividend | L | T | | | | | |
| 6. BANK OF AMERICA (COMMON STOCK) | C | Dividend | M | T | | | | | |
| 7. NUVEEN AMT FREE QUALITY MUNI INCME FUND (FKA NUVEEN MUNI MKT OPP FUND) | C | Dividend | L | T | | | | | |
| 8. CRIMSON WINE GROUP (COMMON STOCK) | | None | J | T | | | | | |
| 9. NUVEEN MUNICIPAL VALUE FUND | D | Int./Div. | M | T | Sold (part) | 04/07/17 | L | D | |
| 10. NUVEEN AMT FREE MUNI CREDIT INCOME FUND (FKA NUVEEN MUNI OPP FUND) | D | Interest | M | T | | | | | |
| 11. ROYAL DUTCH SHELL (COMMON STOCK) | D | Dividend | N | T | | | | | |
| 12. VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 13. VANGUARD TAX EXEMPT MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 14. VANGUARD LTD-TERM TAX EXEMPT ADMIRAL FUND | C | Dividend | M | T | | | | | |
| 15. BB&T CORP (PREFERRED STOCK) | C | Dividend | L | T | | | | | |
| 16. BANK OF CALIFORNIA (PREFERRED STOCK) | C | Dividend | L | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. VANGUARD INTERMEDIATE TERM T/E ADMIRAL FUND | D | Dividend | M | T | | | | | |
| 18. NY COMM BK CORP (COMMON STOCK) | B | Dividend | K | T | | | | | |
| 19. WESTERN INTERMEDIATE MUNI FUND | D | Interest | M | T | | | | | |
| 20. NUVEEN SELECT TAX FREE INCOME FUND | B | Interest | | | Sold | 04/20/17 | L | D | |
| 21. TOTAL S.A. (COMMON STOCK) | C | Dividend | L | T | | | | | |
| 22. ATLAS AIR WORLDWIDE (COMMON STOCK) | | None | L | T | | | | | |
| 23. ASTORIA FINANCIAL (COMMON STOCK) | A | Dividend | | | Sold | 02/27/17 | J | D | |
| 24. PA ST MUNI BD | A | Interest | K | T | | | | | |
| 25. LAWRENCE MA MUNI BD | A | Interest | K | T | | | | | |
| 26. NEWPORT-MESA CA UNION SCH DIST MUNI BD | B | Interest | K | T | | | | | |
| 27. ALTOONA WI MUNI BD | A | Interest | K | T | | | | | |
| 28. GENERAL ELECTRIC (COMMON STOCK) | B | Dividend | M | T | Buy | 09/15/17 | K | | |
| 29. GENERAL ELECTRIC (COMMON STOCK) | B | Dividend | M | T | Buy | 09/13/17 | K | | |
| 30. GENERAL ELECTRIC (COMMON STOCK) | B | Dividend | M | T | Buy | 10/17/17 | K | | |
| 31. INDIANAPOLIS IN THERMO SYSTEM MUNI BD | B | Interest | K | T | | | | | |
| 32. TRI COUNTY METRO TRANSP DIST OR MUNI BD | B | Interest | K | T | | | | | |
| 33. FEDERAL INSTITUIONAL MONEY MARKET FUND | A | Interest | N | T | Buy | 11/22/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. LA PUBLIC FACILITIES BOND | A | Interest | J | T | Buy | 01/11/17 | J | | |
| 35. DEUTSCHE BK (COMMON STOCK) | C | Dividend | L | T | | | | | |
| 36. NUVEEN SELECT MATURITY (MUNICIPAL FUND) | A | Interest | J | T | | | | | |
| 37. VANGUARD IRA #4 | E | Dividend | O | T | | | | | |
| 38. -ISHARES MSCI JAPAN | B | Dividend | M | T | | | | | |
| 39. -NEW AMERICA HIGH INCOME FUND | B | Dividend | K | T | | | | | |
| 40. -WESTERN ASSET HIGH INC OPP FUND (PKA WESTERN ASSET MNGD HIGH INC FD) | D | Dividend | L | T | | | | | |
| 41. -WESTERN ASSET / CLAYMORE INFLATION LINKED OPP FUND | C | Dividend | M | T | | | | | |
| 42. -FIDELITY JAPAN SMALL CO. FUND | B | Dividend | M | T | | | | | |
| 43. -GLADSTONE COMM CORP FUND | C | Dividend | L | T | | | | | |
| 44. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 45. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 46. -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 47. -BLACKSTONE MORT TRUST (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 48. -CRIMSON WINE GROUP (COMMON STOCK) | | None | J | T | | | | | |
| 49. -PEOPLES UNITED (COMMON STOCK) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. VANGUARD IRA - #1 | E | Dividend | O | T | | | | | |
| 51. -BANK OF AMERICA (COMMON STOCK) | A | Dividend | L | T | | | | | |
| 52. -FIDELITY JAPAN SM CO FUND | B | Dividend | M | T | | | | | |
| 53. -ENSCO (COMMON STOCK) | A | Dividend | K | T | Buy (add'l) | 02/15/17 | K | | |
| 54. -WESTERN ASSET HIGH YIELD DEF OPP FUND | D | Dividend | M | T | Sold (part) | 02/17/17 | M | D | |
| 55. -ISHARES JAPAN INDEX FUND | B | Dividend | L | T | | | | | |
| 56. -ISHARES MSCI MEXICO ETF | A | Dividend | | | Sold | 01/25/17 | K | | |
| 57. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 58. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 59. -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 60. -LUMINENT (COMMON STOCK) | | None | J | T | | | | | |
| 61. -FRONTLINE (COMMON STOCK) | B | Dividend | K | T | Buy | 06/29/17 | K | | |
| 62. -ISHARES - MSCI HONG KONG | A | Dividend | | | Buy | 02/17/17 | K | | |
| 63. -ISHARES - MSCI HONG KONG | A | Dividend | | | Sold | 07/26/17 | K | C | |
| 64. -OCCIDENTAL PETROL | A | Dividend | | | Buy | 03/01/17 | L | | |
| 65. -OCCIDENTAL PETROL | A | Dividend | | | Sold | 10/31/17 | L | A | |
| 66. -GLADSTONE COMMERCIAL CORP (COMMON STOCK) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. VANGUARD IRA#2 | E | Dividend | O | T | | | | | |
| 68. -CITIGROUP (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 69. -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 70. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 71. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | L | T | | | | | |
| 72. -FIDELITY INV TRUST JAPAN SMALL CO FUND | C | Dividend | N | T | | | | | |
| 73. -OCCIDENTAL PETROL (COMMON STOCK) | A | Dividend | | | Buy | 03/14/17 | K | | |
| 74. -OCCIDENTAL PETROL (COMMON STOCK) | A | Dividend | | | Sold | 10/31/17 | K | A | |
| 75. -WESTERN ASSET CLAYMORE INFLATION INCOME FUND | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 76. -VALLEY NATIONAL STOCK (COMMON STOCK) | C | Dividend | L | T | | | | | |
| 77. -LUMINENT (COMMON STOCK) | | None | J | T | | | | | |
| 78. -DEUTSCHE HIGH INCOME OPPORTUNITIES FUND | B | Dividend | | | Sold | 06/19/17 | K | B | |
| 79. VANGUARD IRA #3 | E | Dividend | N | T | | | | | |
| 80. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | L | T | | | | | |
| 81. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 82. -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 83. -DEUTSCHE BANK (COMMON STOCK) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. -POWERSHARES KBW BANK ETF | A | Dividend | | | Sold | 01/11/17 | K | D | |
| 85. -BRIGHTHOUSE FINANCIAL | | None | L | T | Buy | 07/27/17 | L | | |
| 86. -SUBURBAN PROPANE (COMMON STOCK) | B | Dividend | K | T | Buy | 06/02/17 | K | | |
| 87. -ROYCE VALUE TRUST FUND | A | Dividend | | | Sold | 04/07/17 | L | D | |
| 88. -WESTERN ASSET HIGH YIELD DEF OPP FUND | D | Dividend | M | T | | | | | |
| 89. -CONOCO PHILLIPS (COMMON STOCK) | A | Dividend | | | Sold | 10/25/17 | L | | |
| 90. -FAIR POINT COMMUNICATIONS (COMMON STOCK) | | None | J | T | | | | | |
| 91. -GLADSTONE COMMERCIAL CORP (COMMON STOCK) | B | Dividend | K | T | | | | | |
| 92. TD AMERITRADE INSURED DEPOSIT ACCOUNT | A | Dividend | J | T | | | | | |
| 93. TD AMERITRADE IRA #2 | A | Dividend | O | T | | | | | |
| 94. -SPEC SITUATION LIFE SCIENCES FUND | A | Dividend | N | T | | | | | |
| 95. -TD AMERITRADE INSURED DEPOSIT ACCOUNT | A | Dividend | L | T | | | | | |
| 96. -NORTHERN LIGHTS NORTH STAR DIVIDEND LIGHTS FUND | A | Dividend | J | T | | | | | |
| 97. -ISHARES US PREFERRED STOCKS ETF | A | Dividend | M | T | Buy | 10/30/17 | M | | |
| 98. WELLS FARGO IRA | A | Dividend | | | Distributed | 10/10/17 | J | | |
| 99. -WELLS FARGO BANK ACCOUNT | A | Dividend | | | Distributed | 10/10/17 | J | | |
| 100. -KAISER ALUMINUM (COMMON STOCK) | A | Dividend | | | Sold | 09/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. -KAISER ALUMINUM SENIOR NOTES DUE 02/15/02 | | None | | | Expired | 10/10/17 | J | | |
| 102. VANGUARD IRA #5 | E | Dividend | N | T | | | | | |
| 103. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 104. -NEW AMERICA HIGH INCOME FUND | B | Dividend | K | T | | | | | |
| 105. -NUVEEN PREFERRED INCOME FUND | C | Dividend | L | T | Buy | 01/09/17 | L | | |
| 106. -WESTERN ASSET / CLAYMORE INFLATION LINKED OPPORT (COMMON STOCK) | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 107. -AXALTA COATING SYSTEM (COMMON STOCK) | | None | K | T | Buy | 03/02/17 | K | | |
| 108. -SUBURBAN PROPANE (COMMON STOCK) | B | Dividend | K | T | Buy | 06/02/17 | K | | |
| 109. -WESTERN ASSET HIGH YIELD DEF OPP FUND | D | Dividend | L | T | Sold (part) | 02/17/17 | L | D | |
| 110. NEW YORK UNIVERSITY 403(B) PLAN | C | Dividend | M | T | | | | | |
| 111. -VANGUARD DIVIDEND GROWTH FUND | A | Dividend | | | Sold | 09/15/17 | K | A | |
| 112. -VANGUARD SH TERM INV GRADE BOND FUND | A | Dividend | M | T | Buy (add'l) | 09/15/17 | K | | |
| 113. MASS MUTUAL LIFE INSURANCE | A | Dividend | K | W | | | | | |
| 114. ING LIFE INSURANCE | C | Dividend | M | T | | | | | |
| 115. PNC BANK WASHINGTON DC | A | Interest | K | T | | | | | |
| 116. US BONDS | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. J.J. GUMBERG LIMITED PARTNERSHIP | D | Distribution | J | W | | | | | |
| 118. VIRGINIA RETIREMENT SYSTEM | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  TOTAL INCOME FOR IRA ACCOUNTS IS TOTAL INCOME AS REPORTED BY CUSTODIAN OF ACCOUNT.

2.  TRANSFERS FROM IRA MONEY MARKET TO PERSONAL ACCOUNTS (RMD) NOT SHOWN.

3.  PART VII, LINE 110: PERIODIC EMPLOYER CONTRIBUTIONS MADE TO THIS ACCOUNT (NEW YORK UNIVERSITY 403(B) PLAN) ARE NOT REPORTED AS A SEPARATE BUY.

4.  THE VANGUARD FEDERAL MONEY MARKET FUND IS AN SEC-MANDATED SETTLEMENT FUND FOR SECURITIES TRANSACTIONS. PURCHASES AND SALES OF SECURITIES DISCLOSED IN THIS REPORT AUTOMATICALLY RESULTED IN CORRESPONDING SALES AND PURCHASES IN THE FUND. MONEY MARKET TRANSACTIONS INVOLVING DEPOSITS OF EMPLOYMENT COMPENSATION OR PAYMENT OF PERSONAL EXPENSES AND EXCHANGES BETWEEN FUNDS NOT LISTED AS BEING IDENTICAL TO BANK ACCOUNT ACTIVITIES.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TIMOTHY B. DYK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544